# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALLEN BOYD, *et al.*,

    Plaintiffs,

v.

YVONNE LINSAY BOYD, *et al.*,

    Defendants.

Case No. 2:13-cv-00567-LDG (CWH)

**ORDER**

For good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (#5);

THE COURT **ORDERS** that this matter is DISMISSED with prejudice.

DATED this 31 day of March, 2014.

_____
Lloyd D. George
United States District Judge